UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY

| | | |
|---|---|---|
| SUSAN ELISE PROPHET, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | 4:14-cr-00047-DGK-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

## SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO RESPONSE TO PETITIONER'S MOTION FOR RELIEF

NOW COMES, your Petitioner in the instant case, pro se, who respectfully files this Motion for Enlargement of Time to File a Reply to the Response to Petitioner's Motion for Relief, and in support thereof, states as follows:

1. That the Petitioner is currently a confined federal prisoner, at a Federal Correctional Institution, in modified lock-down status;

2. That Petitioner, being a confined prisoner, will require additional time to review, research, and draft his Reply to the Government Response, due to problems in preparing the document, and copying same;

3. That said request will not prejudice the Respondent in any fashion;

WHEREFORE, Petitioner respectfully requests that this Honorable Court, grant Petitioner's request for a 7-day Enlargement of Time in which to file a Reply, to November 10, 2021, and for all other relief that this Honorable Court deems just.

Respectfully Submitted,

*[signature]*
Petitioner

## PROOF OF SERVICE

Petitioner herein swears and affirms that Petitioner caused to be mailed this Motion via First Class Mail through the Prison Mail System, on November 2, 2021, to all parties entitled to notice thereof.

*[signature]*