UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY

| | |
|---|---|
| SUSAN ELISE PROPHET, | ) |
| `Petitioner | ) |
| vs. | ) 4:14-cr-00047-DGK-1 |
| UNITED STATES OF AMERICA, | ) |
| Respondent | ) |

## NOTICE OF APPEAL

Notice is hereby given that Susan Elise Prophet, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 8th Circuit from the Order denying the Petition for Compassionate Release, dated January 20, 2022.

Respectfully Submitted,

By: _[signature]_
Susan Elise Prophet

January 25, 2022

Susan Elise Prophet
26698-045
WASECA
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1731 Unit D
WASECA, MN 56093

**RECEIVED**

JAN 3 1 2022

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 31, 2022

Ms. Paige Wymore-Wynn, Clerk
U.S. District Court
Rm. 1510
400 E. 9th Street
Kansas City, MO 64106

Re: 4:14-cr-00047-DGK-1 USA v. Prophet

Dear Clerk of Court:

Enclosed for processing by your office is a notice of appeal which was sent to this court by Susan Elise Prophet. The notice of appeal should be filed as of the date received by this office, which was January 31, 2022.

Ms. Prophet is hereby notified that Notices of Appeal must be filed in the district court in which the case is tried. Forwarding the notice here only results in delay as the document must then be forwarded to the District Court for filing.

Sincerely,

Michael E. Gans
Clerk of Court

cah

Enclosure

cc: Ms. Susan E. Prophet
FCI
26698-045
P.O. Box 1731 Unit D
Waseca, MN 56093