To whom It may Concern, 2-13-22

My name is Susan Prophet. I had sent in a notice to appeal I wanted to make sure you received it since I have not received anything from you, also if you have when is the appeal due?
4:16-CR-00047-DGK-1
Thank you,

Susan Prophet  26698045
FCI
PO Box 1231
Waseca, MN 56093