IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                    Criminal No. 4:14-CR-00047-DGK

SUSAN PROPHET

**FIRST MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S FOURTH MOTION TO SET ASIDE SENTENCE PURSUANT TO 18 U.S.C. § 3582 (c)(1)(A)**

COMES Defendant, Susan Prophet("Prophet"), appearing *pro se*, and files his Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion To Defendant's Fourth Motion to Set Aside Sentence Pursuant to 18 U.S.C. § 3582 (c)(1)(A), and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Prophet respectfully requests that the Court be mindful that "a *pro se* complaint should be given liberal construction, we mean that if the essence of an allegation is discernible ... then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework." See *Solomon v. Petray*, 795 F.3d 777, 787 (8th Cir. 2015); *Estelle v. Gamble*, 429 U.S. 97 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519 (1972) (same).

### REASON FOR EXTENSION

The twelve(12) page United States' Response in Opposition to Defendant's Motion To Defendant's Fourth Motion to Set Aside Sentence Pursuant to 18 U.S.C. § 3582 (c)(1)(A) ("USR")

was just received by Prophet through the prison mail. Because of the Covid/Delta Virus pandemic the compound at FCI Waseca has had limited movement and very limited access to the prison law library. As such, Prophet needs to research, prepare and perfect his Reply to the USR. Therefore, he seeks a thirty (30) day extension of time, up to and including September 1, 2022, to complete his Reply.

WHEREFORE, premise considered, Prophet prays that the Court grant this motion and extend his deadline for filing his Reply, up to and including September 1, 2022.

Respectfully submitted,

Dated: August 1, 2022

*Susan E. Prophet*

SUSAN ELISE PROPHET
REG. NO. 26698-045
FCI WASECA
FEDERAL CORR. INSTITUTION
P.O. BOX 1731
WASECA, MN 56093

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I mailed a true and correct copy of the above and foregoing Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion To Defendant's Fourth Motion to Set Aside Sentence Pursuant to 18 U.S.C. § 3582 (c)(1)(A, postage prepaid, to Kathleen D. Mahoney, Assistant United States Attorney, 400 E. 9th Street, Suite 5510, Kansas City, Missouri 64106.

*Susan E. Prophet*

SUSAN ELISE PROPHET