11/22/23

Can you please add these to my motion for CR.

Case # 4:14-cr-00047-DGK-9

Thank You

Susan Prophet 26698045
FCI
PO Box 1231
Waseca, MN 56093



# Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PROPHET, SUSAN ELISE  26698-045

SEQUENCE: 01960996
Team Date: 06-02-2023

| | | | |
|---|---|---|---|
| Facility: | WAS  WASECA FCI | Proj. Rel. Date: | 03-11-2030 |
| Name: | PROPHET, SUSAN ELISE | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 26698-045 | DNA Status: | WAS04039 / 08-04-2015 |
| Age: | 54 | | |
| Date of Birth: | 08-16-1968 | | |

*Elderly Rel. 2027*

### Detainers

| Detaining Agency | Remarks |
|---|---|
| TENNESSEE | PAROLE VIOLATION (ORIGINAL: THEFT), WARRANT #A79411 |

### Pending Charges

| |
|---|
| Detainer - State of Tennessee; Parole Violation, Warrant No. A79411 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| WAS | ORD UNIT D | UNIT D ORDERLY | 04-20-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| WAS | ESL HAS | ENGLISH PROFICIENT | 08-13-2015 |
| WAS | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-12-2015 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| WAS F | W | CIVIL WAR FILM STUDY | 01-31-2022 | 03-15-2022 |
| WAS F | W | LIFE AFTER PEOPLE ACE | 02-14-2022 | 02-24-2022 |
| WAS F | C | WELL CLASS:LVNG WITH ARTHRITIS | 10-02-2021 | 11-08-2021 |
| WAS F | C | WELL CLASS: RELAXATION | 10-08-2021 | 11-08-2021 |
| WAS F | C | REC WELLNESS: NUTRITION CLASS | 07-16-2021 | 08-09-2021 |
| WAS F | C | COMM/RESD HOUSKEEPER APPRENT | 10-22-2019 | 05-05-2020 |
| WAS F | C | TRAUMA IN LIFE WRKSHP (RPP6) | 10-14-2016 | 11-08-2016 |
| WAS F | W | IAM FREE! WHAT'S NEXT? (RPP2) | 09-02-2016 | 09-02-2016 |
| WAS F | W | ACE:ACCOUNTING I; RPP3 | 08-11-2016 | 08-11-2016 |
| WAS F | W | BASIC SPANISH; RPP6 | 08-02-2016 | 08-02-2016 |
| WAS F | W | RPP6 ACE: WOMEN WHO LOVE TOO | 03-30-2016 | 03-30-2016 |
| WAS F | W | RPP2: JOB READINESS/RESUME | 02-25-2016 | 02-25-2016 |
| WAS F | W | RPP3 ACE: FDIC'S MONEY SMART | 02-29-2016 | 02-29-2016 |
| WAS F | W | ACE: EMPOWERMENT CLS;RPP6 | 02-24-2016 | 02-24-2016 |
| WAS F | W | RPP2: INTRO TO BUSINESS MGMT 1 | 10-27-2015 | 11-03-2015 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-04-2015 |
| CARE1-MH | CARE1-MENTAL HEALTH | 08-07-2015 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 10-08-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-04-2015 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-15-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-10-2015 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 09-29-2015 |

# FSA Time Credit Assessment

Register Number: 26698-045, Last Name: PROPHET

U.S. DEPARTMENT OF JUSTICE      FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| Register Number....: 26698-045 | Responsible Facility: WAS |
| Inmate Name | Assessment Date....: 07-30-2023 |
|   Last............: PROPHET | Period Start/Stop...: 12-21-2018 to 07-30-2023 |
|   First...........: SUSAN | Accrued Pgm Days...: 1682 |
|   Middle..........: ELISE | Disallowed Pgm Days.: 0 |
|   Suffix..........: | FTC Towards RRC/HC..: 445 — *Keep earning time off* |
| Gender............: FEMALE | FTC Towards Release.: 365 — *took 1 yr off* |
| Start Incarceration: 06-30-2015 | Apply FTC to Release: Yes |

*No limit on how much time you get for RRC/HC. You keep earning as long as you program*

```
Start          Stop          Pgm Status    Pgm Days
12-21-2018     07-17-2019    accrue        208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
```
---
```
Start          Stop          Pgm Status    Pgm Days
07-17-2019     07-30-2023    accrue        1474
  Accrued Pgm Days...: 1474
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 750
```

--- FSA Assessment ---

| # | Start | Stop | Status | Risk Assignment | Risk Asn Start | | Factor |
|---|---|---|---|---|---|---|---|
| 001 | 12-21-2018 | 01-18-2019 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 10 |
| 002 | 01-18-2019 | 07-17-2019 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 10 |
| 003 | 07-17-2019 | 01-13-2020 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 15 |
| 004 | 01-13-2020 | 07-11-2020 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 15 |
| 005 | 07-11-2020 | 01-07-2021 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 15 |
| 006 | 01-07-2021 | 07-06-2021 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 15 |
| 007 | 07-06-2021 | 01-02-2022 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 15 |
| 008 | 01-02-2022 | 07-01-2022 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 15 |
| 009 | 07-01-2022 | 12-28-2022 | ACTUAL | FSA R-LW | 04-28-2021 | 1240 | 15 |
| 010 | 12-28-2022 | 06-26-2023 | ACTUAL | FSA R-LW | 12-22-2022 | 1519 | 15 |
| 011 | 06-26-2023 | 12-23-2023 | ACTUAL | FSA R-LW | 06-02-2023 | 1007 | 15 |

```
WASDT  540*23 *              SENTENCE MONITORING         *   07-25-2023
PAGE 003       *              COMPUTATION DATA           *   14:39:12
                              AS OF 07-25-2023

REGNO..: 26698-045 NAME: PROPHET, SUSAN ELISE


DATE COMPUTATION BEGAN..........: 06-30-2015
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   240 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:   20 YEARS
AGGREGATED TERM OF SUPERVISION..:    5 YEARS
EARLIEST DATE OF OFFENSE........: 12-21-2012

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     08-07-2013   08-08-2013
                                     02-26-2014   06-29-2015

TOTAL PRIOR CREDIT TIME.........: 491
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1080
TOTAL GCT EARNED................: 486
STATUTORY RELEASE DATE PROJECTED: 03-11-2031
ELDERLY OFFENDER TWO THIRDS DATE: 06-26-2027
EXPIRATION FULL TERM DATE.......: 02-23-2034
TIME SERVED.....................:      9 YEARS      5 MONTHS      2 DAYS
PERCENTAGE OF FULL TERM SERVED..:   47.0
PERCENT OF STATUTORY TERM SERVED:   55.2

PROJECTED SATISFACTION DATE.....: 03-11-2030
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: 04112020 FSA UPDATE T/KRB




G0002       MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 26698-045 NAME: PROPHET, SUSAN ELISE


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 01-14-2016
JURISDICTION.: STATE OF TENNESSEE
AUTHORITY....: DEPARTMENT OF CORRECTIONS, NASHVILLE, TN
CHARGES......: PAROLE VIOLATION (ORIGINAL: THEFT), WARRANT #A79411




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



# Individualized Needs Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: PROPHET, SUSAN ELISE 26698-045

SEQUENCE: 01960996
Team Date: 06-02-2023

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 06-02-2016 |
| NR WAIT | NRES DRUG TMT WAITING | 02-18-2022 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **PART** **FINANC RESP-PARTICIPATES** **Start: 08-30-2022**

**Inmate Decision:** **AGREED** **$500.00** **Frequency: SINGLE**
Payments past 6 months: **$450.00** Obligation Balance: **$663,942.58**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | REST NV | $668,889.88 | $663,942.58 | IMMEDIATE | AGREED | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 05-10-2023 | WAS | PAYMENT | INSIDE PMT | $75.00 |
| | | 04-07-2023 | WAS | PAYMENT | INSIDE PMT | $75.00 |
| | | 03-10-2023 | WAS | PAYMENT | INSIDE PMT | $75.00 |
| | | 02-11-2023 | WAS | PAYMENT | INSIDE PMT | $75.00 |
| | | 01-11-2023 | WAS | PAYMENT | INSIDE PMT | $75.00 |
| | | 12-13-2022 | WAS | PAYMENT | INSIDE PMT | $75.00 |

## FRP Deposits

Trust Fund Deposits - Past 6 months: $3,638.80    Payments commensurate ? Y
New Payment Plan:    ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 06-13-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 06-02-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 06-02-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 06-02-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-31-2021 |
| N-EDUC N | NEED - EDUCATION NO | 06-02-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 06-02-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 06-02-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 06-02-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 06-02-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 06-02-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 06-02-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES — Took | 06-02-2023 |
| N-WORK N | NEED - WORK NO | 06-02-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 06-02-2023 |

## Progress since last review

Since her last program review she began working again as the head orderly with positive work reports. She has not taken any Ace classes in education and remains on the wait list for the Non-Residential Drug Program.

## Next Program Review Goals

Recommended she complete two correspondence classes with Kansas State by November 2023.

## Long Term Goals

Recommend she complete the Non-Residential Drug Abuse Program by May 2024.

## RRC/HC Placement

Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner